BUTLER, APPELLANT, *v.* McCORMICK, RESPONDENT.

(No. 1,484.)

ON MOTION TO DISMISS APPEALS.

(Submitted March 16, 1903.   Decided March 17, 1903.)

*Rules of Supreme Court—Appellant's Failure to File Brief— Dismissal.*

Where appellant has failed to file and serve a brief, as required by Supreme Court Rule X, Subdivision 5, the appeal will, on motion, be dismissed at the costs of the appellant.

  *Appeal from District Court, Silver Bow County; William Clancy, Judge.*

ACTION by F. H. Butler against John McCormick. From a judgment for defendant, and from an order denying a new trial, plaintiff appeals. Motion to dismiss the appeals. Granted.

*Messrs. McHatton & Cotter,* for Respondent.

MR. CHIEF JUSTICE BRANTLY delivered the opinion of the court:

Appeals from a judgment and an order denying a new trial. The defendant (respondent) has submitted a motion to dismiss these appeals on the ground that appellant (plaintiff) has failed to file and serve a brief in support of them as required by the Rules of this Court. The appeals have been pending since August 3, 1899. The Rules (Rule X, Subdivision 5) provide that appellant's brief must be filed within sixty days after the transcript is filed, except when the cause is advanced on the calendar, and then in such time as may be fixed by the court in the order of advancement. No order has been made advancing the hearing; nor has any brief been filed under the provision of the rule applicable. The appeals are therefore dismissed at the costs of the appellant. (Rule X, Subdivision 5.)

*Dismissed.*

